UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| TERRI POWELL, | : | Case No. 2025-02511 (UNA) |
| Plaintiff | : | |
| | : | |
| v. | : | |
| | : | |
| BRAD BERGERSEN, et al., | : | |
| Defendants | : | |

PLAINTIFF REPLY TO RETURNED MAIL

    Comes now the Plaintiff, Terri Powell, requesting that this Court use the Plaintiff's PO Box address, PO Box 70002, Washington, DC 20024 because of (2) two reasons, as follows;

1. She does not know the reason for her mail being undeliverable as she consistently receives her mail from her Post Office Box.

2. The mail system at the Plaintiff's physical location does not effectively or consistently ensure that the Plaintiff's mail is rendered to her personal mail box at this location.  The PO Box that she has is secure at the Post Office nearby, and she has never experienced not being accessible to her mail.  Where at her physical address, her mail is often missing.

3. The Plaintiff is a victim of domestic violence, that has been documented by the Court, and she wishes to continue to have her physical address kept private.

Sincerely,

_____
Terri Little, Plaintiff pro-se

October 1, 2025



RECEIVED
OCT 01 2025
Clerk, U.S. District & Bankruptcy
Court for the District of Columbia